Dated: 11/14/2019

Randal S. Mashburn
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RAQUEL DEVEESE CONAWAY, ) | CASE NO. 3:15-bk-00663 |
| ) | CHAPTER 13 |
| Debtor. ) | JUDGE RANDAL S. MASHBURN |

## AGREED ORDER TO SET ASIDE ORDER OF DISMISSAL

This cause came to be heard on November 6, 2019, upon Debtor's *Motion to Set Aside Order of Dismissal* [Court Docket No. 83]. It appears to the Court, as evidenced by the signatures of Counsel for the Debtors and Chapter 13 Trustee, that an agreement has been reached. It is therefore:

ORDERED that the *Order Dismissing Chapter 13 Case* [Court Docket No. 75] entered September 26, 2019, is vacated and that the Debtor shall continue with the Chapter 13 Plan. It is further

ORDERED that the Plan will continue on a probationary basis subject to dismissal upon application of the Trustee following a future default in Plan payments. It is further

ORDERED that upon entry of a future order dismissing this case, Debtor will not seek another motion to set aside to reinstate the present case. It is further

ORDERED that Debtor's Chapter 13 plan payments shall increase to $360.75 biweekly.

IT IS SO ORDERED.

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE

Approved For Entry By:

Henry E Hildebrand, III
/s/
HENRY E. HILDEBRAND, III
*Chapter 13 Trustee*
P.O. Box 340019
Nashville, Tennessee 37203
Telephone: (615) 244-1101
Fax: (615) 242-3241
Email: pleadings@ch13nsh.com

Digitally signed by Henry E Hildebrand, III
DN: CN="Henry E Hildebrand, III", E=aoecf@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2019-11-12 08:30:00
Foxit Reader Version: 9.6.0

*/s/Alise Housden*
Alise Housden TN Bar# 034282
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
ecfmail@tennessee-bankruptcy.com

*Attorney for Debtor*

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.